UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USA

- against -

WILLIAM MATEO,

Defendant.

-----------------------------------------------------------X

17 Cr. 00305-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated August 18, 2017, is approved and accepted.

SO ORDERED.

_____
Nelson S. Román
United States District Judge

Dated: White Plains, NY
       September 6, 2017

...Y
...ENT
...TRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2017